NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREENVILLE COMMUNICATIONS, LLC,**

*Plaintiff-Appellant,*

**v.**

**CELLCO PARTNERSHIP,**
**(doing business as Verizon Wireless)**
AND **ALLTEL CORPORATION,**

*Defendants-Appellees,*

AND

**T-MOBILE USA, INC.,**

*Defendant-Appellee,*

AND

**AT&T MOBILITY LLC,**
**(doing business as Cingular Wireless),**

*Defendant-Appellee,*

AND

**SPRINT SPECTRUM, L.P.,** AND **NEXTEL**
**OPERATIONS, INC.,**

*Defendants-Appellees.*

---

2012-1676

---

Appeal from the United States District Court for the District of New Jersey in No. 07-CV-4222, Judge Mary L. Cooper.

———————————

**JUDGMENT**

———————————

JOHN F. WARD, Ward & Zinna, of New York, New York, argued for plaintiff-appellant. With him on the brief was MICHAEL J. ZINNA. Of counsel on the brief were ERIC ALAN ISAACSON, REGIS C. WORLEY, JR., and CODY R. LEJEUNE, Robbins Geller Rudman & Down LLP, of San Diego, California.

DOUGLAS M. KUBEHL, Baker Botts, L.L.P., of Dallas, Texas, argued for all defendants-appellees. With him on the brief were SAMARA KLINE and CHRISTA BROWN-SANFORD; and RICHARD H. BROWN, III, Day Pitney, LLP, of Parsippany, New Jersey for defendant-appellee AT&T Mobility, LLC; and KATHRYN L. CLUNE and CLYDE E. FINDLEY, Crowell & Moring, LLP, of Washington, DC, and KAREN A. CONFOY, Sterns & Weinroth, P.C., of Trenton, New Jersey, for Defendants-appellees, Sprint Spectrum L.P., et al.; JOHN CHRISTOPHER ROZENDAAL and MICHAEL E. JOFFRE, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., of Washington, DC, and JAMES P. FLYNN, Epstein Becker & Green, of Newark, New Jersey, for defendants-appellees, Cellco Partnership, et al.; ROBERT HARKINS, Sedgwick LLP, of San Francisco, California, KIRK R. RUTHENBERG, SNR Denton, US, LLP, of Washington, DC, and ARNOLD B. CALMANN, Saiber, LLC, of Newark, New Jersey, for defendant-appellee T-Mobile, USA, Inc.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 17, 2013                    /s/ Jan Horbaly
       Date                          Jan Horbaly
                                          Clerk